UNDER SEAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 14 MAR '19 16:03 USDC-ORP

| | |
|---|---|
| United States of America<br>v.<br>James Arthur Sickler<br><br>*Defendant(s)* | Case No.<br><br>'19 -MJ- '46 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 14, 2019__ in the county of __Washington__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, § Section 115(a)(1)(B) | On or about, March 3, 2019, in the District of Oregon, the defendant James Arthur Sickler, did knowingly threaten to assault, kidnap, or murder, a United States official, or an official whose killing would be a crime, in violation of Title 18, United States Code, § Section 115(a)(1)(B). |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Landon Berryman

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Landon Berryman, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Mar. 14, 2019

_____
*Judge's signature*

City and state:    Portland, Oregon

Honorable Judge Youlee You
*Printed name and title*

UNDER SEAL

STATE OF OREGON            )
                           )   ss.   AFFIDAVIT OF
                           )         LANDON BERRYMAN
County Of Multnomah        )

I, Landon Berryman, being duly sworn do hereby depose and affirm:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), where I have served since September 16, 2018. I am currently assigned to the Portland Division Violent Crimes squad. Prior to working in the FBI, I was a sworn peace officer in the state of Arizona from 2011 to 2018. I am a graduate of the FBI Academy in Quantico, Virginia and have completed hundreds of hours of training in numerous areas of law enforcement investigations and techniques. In the course of my employment as a Special Agent with the FBI, I have received training regarding the application for and execution of arrest and search warrants.

2. This affidavit is made in support of a complaint and an arrest warrant for JAMES ARTHUR SICKLER (SICKLER) for violation of 18 U.S.C. § 115(a)(1)(B), which provides:

> Whoever, assaults, kidnaps, or murders, or attempts or conspires to kidnap or murder, or threatens to assault, kidnap or murder a member of the immediate family of a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under section 1114 of this title, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, shall be punished by a fine under this title or imprisonment of not more than 10 years or both.

3. The facts and information contained in this affidavit are based upon my training and experience, participation in threats investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical

evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

## PROBABLE CAUSE

4. According to a report written, by United States Capitol Police (USCP) Special Agent Thomas Andriko (SA Andriko) on March 5, 2019, the Oregon State Police (OSP) notified the USCP Threat Assessment Section (TAS) about a threatening voice message towards [Victim 1].[1] The voice message was left at the Oregon Health Authority. OSP provided the voice message to USCP for review. The voice message was dated March 3, 2019 at 8:34 a.m. PST and was approximately 2 minutes and 12 seconds.

5. A review of the voice message revealed, among other things, the following threatening statement:

> Tell that [Victim 1] that I'm gonna chop his fuckin' tongue off. And exactly in those words. That faggot bastard dies after I chop his tongue off and his right hand, right index finger, and his fucking wedding ring finger. He never deserved a wedding ring finger because he killed all the fags in the world. He's a fuckin' mass murdering killer.

6. After a review of the voice message, SA Andriko called Dr. Jennifer Woodward, the State Registrar for the Oregon Health Authority, who reported the voice message to the OSP. Dr. Woodward stated she received the voice message on her desk phone number ▮▮▮▮ 185 on March 3, 2019 at 8:34 a.m. PST. No caller identification information was captured, and the voice message was from an "external" caller.

---

[1] Victim 1 is an individual who is "a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under section 1114 of [United States Code, Title 18]." His name has been redacted in the interest of privacy but is available to the Court upon request.

Affidavit Of Landon Berryman                                                                 Page 2

7.  The service provider for the phone number ████ 1185 was CenturyLink. SA Andriko called CenturyLink, provided case details, and submitted an Emergency Disclosure Request for incoming phone calls to the phone number ████ 1185 on March 3, 2019 from 8:00 a.m. PST to 10:00 a.m. PST. The call records revealed the phone number ████ 9527 called the phone number ████ 1185 on March 3, 2019 at 8:32:37 a.m. PST and lasted for 2:18:9.

8.  The service provider for the phone number ████ 9527 was AT&T. SA Andriko called AT&T, provided case details, and submitted an Emergency Disclosure Request for subscriber information and outgoing call records for phone number ████ 9527 on March 3, 2019 from 8:00 a.m. PST to 10:00 a.m. PST. The subscriber information revealed the phone number is registered to: Name: James SICKLER; Address: ████████████ ████. The call records revealed the phone number ████ 9527 called the phone number ████ 1185 at 8:32:37 am PST and lasted for 2 minutes and 18 seconds.

9.  SA Andriko conducted a search of the USCP TAS records which revealed SICKLER has a history of leaving threatening messages and threatening United States officials, including [Victim 1], since 2004.

10. In June 2004, SICKLER left [Victim 1's] office a voice message which said "If they destroy my name I'm gonna blow this city apart. Do you understand what I'm saying, [Victim 1], sir?"

11. In January 2008, [Victim 1's] office reported nuisance voice messages from SICKLER that were left during non-business hours.

Affidavit Of Landon Berryman     Page 3

12.     In April 2008, SICKLER left a voice message at [Victim 1's] office asking if [Victim 1] was going to be part of the solution or part of the problem. SICKLER then stated "they are going to slaughter you."

13.     In November 2018, SICKLER called the United States Secret Service (USSS) and asked if the USSS protected [Victim 1]. SICKLER then stated [Victim 1] is a "dead ▮▮▮▮" and terminated the phone call.

14.     On March 9, 2019, the Beaverton Police Department (BPD) notified SA Andriko that SICKLER was taken into custody on probation violation charges. On March 11, 2019, SA Andriko, Supervisory Special Agent Chad Beckett (SSA Beckett), and Detective Hoskins interviewed SICKLER at the Washington County Jail. SA Andriko read SICKLER his *Miranda* Warnings, and SICKLER agreed to talk to investigators. SA Andriko played an audio recording of the voice message, and SICKLER admitted to leaving the voice message. SICKLER stated that he did not mean to use [Victim 1's] name and to tell [Victim 1] that he was sorry. SICKLER also stated he was on medication for mental health issues.

## CONCLUSION

15.     Based on upon the foregoing, I respectfully submit there is probable cause to believe that, on or about March 3, 2019, SICKLER made threats toward [Victim 1], in violation of 18 U.S.C. § 115 (a)(1)(B).

///

///

///

Affidavit Of Landon Berryman                                                                 Page 4

16. This affidavit, the accompanying application, and the requested arrest warrant were reviewed by Assistant United States Attorney Michelle Kerin who advised me that, in her opinion, probable cause exists to apply for an arrest warrant of JAMES ARTHUR SICKLER.

LANDON BERRYMAN
Special Agent
Federal Bureau of Investigation
Portland, Oregon

Subscribed and sworn before me this 14th day of March 2019.

HONORABLE YOULEE YOU
United States Magistrate Judge
District of Oregon