# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:19-cr-00179-HZ |
| v. | INFORMATION |
| JAMES SICKLER, | 18 U.S.C. § 115(a)(1)(B) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about March 3, 2019, in the District of Oregon, **JAMES SICKLER** did threaten to assault Victim 1, a Federal official as defined in Title 18 United States Code section 1114, with the intent to impede, intimidate and interfere with Victim 1 while Victim 1 was engaged in the performance of Victim 1's official duties;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

BILLY J. WILLIAMS
United States Attorney

MICHELLE HOLMAN KERIN, OSB #965278
Assistant United States Attorney