IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

United States of America,

                Plaintiff,        Case No.    3:19-cr-00179-HZ

v.

                                          ORDER CONTINUING SUPERVISED RELEASE

James Sickler,

                Defendant.

A hearing was held on July 30, 2019 to determine if Defendant violated the conditions of supervised release.

The Court finds Defendant has violated his conditions of supervision as alleged but is suitable for continued community supervision.

IT IS HEREBY ORDERED THAT SUPERVISED RELEASE IS CONTINUED subject to the mandatory, standard and special conditions previously imposed, and the additional Special Conditions:

1. You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.

1 - ORDER

2. You must take all mental health medications that are prescribed by your treating physician, which may include injectable units directed by your physician.

IT IS FURTHER ORDERED that the defendant is remanded to the custody of the United States Marshal and shall remain in custody at a Federal Detention Center or other facility as determined by the United States Marshal until arrangements can be made by a U.S. Probation Officer for direct placement an inpatient treatment facility, appropriate housing, or for unescorted travel. Upon receiving notification from the U.S. Probation Officer, the United States Marshal shall release the defendant to the U.S. Probation Officer.

All other conditions are to remain in full force and effect.

IT IS SO ORDERED.

DATED:   July 30, 2019

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER